```
Court Name: United States District Court
Division: 1
Receipt Number: 14683018486
Cashier ID: rbroaden
Transaction Date: 12/21/2010
Payer Name: JEFFREY BROWN

CIVIL FILING FEE
 For: JEFFREY BROWN
 Amount:        $350.00

CHECK
 Remitter: JEFFREY BROWN
 Check/Money Order Num: 4732
 Amt Tendered: $350.00

Total Due:      $350.00
Total Tendered: $350.00
Change Amt:       $0.00

FILING FEE
110CV1427
```