IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JEFFREY BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:10-cv-1427 |
| ) | |
| HSBC MORTGAGE CORPORATION, *et al.*, ) | |
| ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter comes before the court on Defendants' Motion to Dismiss the Amended Complaint (Dkt. No. 64). For the reasons explained in the accompanying Memorandum Opinion and for good cause appearing, the motion is GRANTED.

Counts I, II, III, and VI are DISMISSED WITH PREJUDICE. The remaining counts are DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

July 22, 2011
Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge