IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JEFFREY BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:10-cv-1427 |
| ) | |
| HSBC MORTGAGE CORPORATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter comes before the court on Plaintiff's Motion for Clarification (Dkt. No. 75). Upon consideration of the motion, the Court finds that no clarification of the previous order is necessary.

Counts I, II, III, and VI are DISMISSED WITH PREJUDICE. The remaining counts are DISMISSED WITHOUT PREJUDICE. Plaintiff is on notice that sanctions may be imposed pursuant to Federal Rule of Civil Procedure 11 for any future claims brought that are frivolous or without evidentiary support.

IT IS SO ORDERED.

August 15, 2011
Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge